UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IVERSON,

                    Plaintiff,

          v.                                              13-CV-633

SURBER *et al.*,                                            ORDER

                    Defendant.

Ronnie Abrams, United States District Judge:

      The Court is in receipt of the attached letter from Mr. Iverson in which he appears to express dissatisfaction with his state court criminal proceedings. This Court, a federal court, lacks appellate authority over the state court proceedings that Mr. Iverson takes issue with. *See generally* 18 U.S.C. § 3231. The Clerk of Court is respectfully directed to mail a copy of this order to Mr. Iverson.

SO ORDERED.

Dated:    May 22, 2024
          New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge

To: Ronnie Abrams

40 Foley Square

New york New york 10007

Room 1506                                    April - 22-24

United States District court


From: Ernest Jerson / 06A0295

Greenhaven Correctional Facility                    13CV 633

Stormville New york 12582

P.O. Box 4000

Dear Ms. Abrams (Honorable)

Hopefully Everything is Blessed and well with you.

As For me just Striving To Be Strong as I Do Time For

This wrongful conviction, Honorable I know That This is not your

line of work But I just wanted To Share with you my

Grades From college, and with 12 more credits, I will Graduate

with my associate Degree in individual Studies. So again I'm Striving


But if you have time can we just look over These content Denials

That I'm Getting From This lower court. I Did not Do This crime and

Several witnesses is saying That But Still I Have no merit. Every

Issue I present in Front of The lower courts warrant my Release

After Being wrongfully convicted over 21 years and Justice Rodriguez was

To purposely looking over These Issues, It's Really unfair Ms. Abrams

# Hudson Link
## for Higher Education in Prison

hudsonlink.org

Dear Student,

Congratulations on completing another academic semester. We know it was not an ideal semester but, we made it through and will try to avoid many of the issues we ran into this semester. Below, are your grades for the Fall '23 semester. Enjoy the Holidays as best as you can, rest because we'll be back at it on January 16th.

EN 211 - ____

PL 103 - ____

HI 103 - ____

PY 203 - ____

CS 116 - ____

PL 101 - *B-*

PY 205 - ____

SO 207 - *A*

HS 103 - ____

HI 115 - ____

SA 101 - *I*

CE 101 - ____

EN 101 - ____

*These ARE my GRADE's From college Right now*

Thank You,
Lee Cruceta
Academic Coordinator, Hudson Link

*E. Turnson*



Dear Students,

Congratulations on finishing the first part of your summer courses. The semester will officially end on August 17th. I plan to have our fall courses in order and a registration date by mid July. Below are your grades for the 6 weeks courses:

PS 130 _A_

EN 102 _B+_

Thank you,
Lee Cruceta
Academic Coordinator
Hudson Link

L. IVERSON

# Hudson Link
## for Higher Education in Prison

hudsonlink.org

Dear Student,                                                  5/15/2023

I want to commend you on another great semester. I hope you all enjoyed the graduation ceremony and had a chance to envision yourselves in the same position in the very near future. I'm here to help guide you all and if there is an academic issue that I can help you with, please write and address your concerns to me specifically. Looking forward to another great semester, go get it guys!

Thank you,
Lee Cruceta
Academic Coordinator

HI 104 _B+_

CO 102 _____

PY 101 _____

HI 103 _____

CO 104 _____

EN 101 _____

SO 101 _A_

HI 209 _____

HS 103 _A_

SL110 _____

BU 103 _____

# Hudson Link
## for Higher Education in Prison

hudsonlink.org

Dear Student,                                                    5/15/2023

I want to commend you on another great semester. I hope you all enjoyed the graduation

ceremony and had a chance to envision yourselves in the same position in the very near future. I'm

here to help guide you all and if there is an academic issue that I can help you with, please write and

address your concerns to me specifically. Looking forward to another great semester, go get it guys!

Thank you,
Lee Cruceta
Academic Coordinator

HI 104_____

CO 102_____

PY 101_____

HI 103_____

CO 104_____

EN 101 _B_

SO 101_____

HI 209_____

HS 103_____

SL110_____

BU 103_____

E IVERSON

# Hudson Link
## for Higher Education in Prison

hudsonlink.org

Dear Student,                                                    12/24/2022

I want to commend you and thank you for staying focused and doing a great job with your courses.

I plan to be back and in the facility on a regular basis starting the first week of January.


Below are your grades for the fall semester.

                                        Thank you,
                                        Lee Cruceta
                                        Academic Coordinator


SA 102 _____

CO 207 _____

PL 102 _____

HI 103 _B+_____

HU 113 _____

EN 102 _____

PY 101 _A_____

PY 203 _____

HS 103 _____

HI 209 _____

CJ 102 _____

E. IVERSON



# Hudson Link
## for Higher Education in Prison

hudsonlink.org

Dear Student,                                              8/28/2023

I want to commend you and thank you for staying focused and doing a great job with your courses. We had a couple of course changes and it wass too late to find a professor to jump in but, we'll get back on track for the spring semester.

Below are your grades for the summer semester.

Thank you,
Lee Cruceta
Academic Coordinator

CS 116_____

CI 105_____

BU 103_____

MK 101__A____

MA 103_____

HI 114_____

PY 101_____

PL 103_____

SO 102__A____

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ___*Kings*___
------------------------------------------------------------------X
THE PEOPLE OF THE STATE OF NEW YORK,

                              Respondent,

                                                    **NOTICE OF MOTION
                                                    TO SET ASIDE
                                                    ILLEGAL SENTENCE**

      against

___*Ernest Iverson*___,                              Ind. *1703/2003*

                              Defendant
------------------------------------------------------------------X

    **PLEASE TAKE NOTICE**, that based on the affidavit of *Ernest Iverson* ___

sworn to on the _____ day of _____, 2024, the hereto annexed exhibits, and all prior

proceedings, the undersigned will move the ___*Kings*___ County Court, located at

*330 Jay Street Brooklyn New york*, on the _____ day of _____, 2024,

for an order to vacate the conviction of *125.25* rendered against *Ernest Iverson*

pursuant to Criminal Procedure Law  440.20 to vacate illegal sentence.

    Also for an order to produce the defendant at any evidentiary hearing had in relation to

the motion herein pursuant to CPL  440.30;

*This is a motion that's
being heard on 5/13/24*

---

1

**PLEASE TAKE FURTHER NOTICE**, that any opposition be served upon Mr.

_Ernest Iverson_ at least seven days prior to the appointed due date in

accordance with CPLR 2214(b) so that a reply brief can be filed.

DATED: _March - 18 -_ , 2024

RESPECTFULLY SUBMITTED

_E. Iverson_

TO: _Kings_ County District Attorney
_350 Jay Street_
_Brooklyn New York 11201-2908_
_Office of the District attorney_

2

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF _____*Kings*_____
-------------------------------------------------------------------X
THE PEOPLE OF THE STATE OF NEW YORK,

                                  Respondent,

         against

*Ernest Iverson* ,

                                  Defendant.

                                **AFFIDAVIT IN SUPPORT OF MOTION TO SET ASIDE THE SENTENCE**

                                  Ind. *1703/2003*

-------------------------------------------------------------------X

STATE OF NEW YORK       )
COUNTY OF _____*Kings*_____ )    SS.:

     I, _____*Ernest Iverson*_____, the above captioned defendant, having being duly sworn says the following:

     1.     I make this affidavit in support of a motion pursuant to CPL §440.20 to vacate the judgment upon the grounds that: the sentence is illegal .

     2.     I was indicted for murder/attempted murder. At the arraignment I entered a plea of not guilty and did not post bail that was set in the amount of $_____. I was (tried/plead guilty) in this court before the Hon. *Plummer E. Lott* on *7/8/05*. The case was submitted to a jury, which rendered a verdict of guilty.

     3.     After trial I was found guilty of *PL. 125.25 (1) PL. 120.10(3) PL. 120.10 (1)* *PL. 265.13* _____ of the indictment (No. *1703/2003* ).

     4.     I was then sentenced by Hon. *Plummer E. Lott* to a prison term of _____ *43 to life* _____.

5.    The reason(s) why I am entitled to relief is _because I'm Sentence To A Term_

_outside of the Sentencing Guideline's for a Viceon's Felony Offender. Also_

_According To McKinney's Cpl a Rule 45.41 proof of proceeding Before Justice_

_of the peace. is not correct and not authenticated Got (Exhibit A)_

6.    The facts that support these claims include (raised below) _My uniform Sentence_

_And Commitment papers Enclosed (Exhibit A) States That I'm a Viceon's Felony_

_Offender. But I Didn't have a Viceon's Felony Offender Hearing. I'm Having_

_A predicate violent felony Hearing. which would make my Sentence now_

_illegal! (Exhibit B) page 2 Are my Sentencing minute's That Show's_

_im Being Arraign As a predicate, not as a viceon's felony offender_

_which is stated in the uniform Sentence And commitment papers._

_Clearly Something is wrong and illegal Here, which warrents_

_Re-Sentencing_

7.    The ground(s) for relief described by this affidavit has (have) not been previously determined on the merits on a prior proceeding or motion in a court in this state other than an appeal from the judgment, or upon a prior motion or proceeding in a federal court.

**WHEREFORE**, I respectfully request that this Court enter an order, pursuant to section 440.20 of the Criminal Procedure Law, vacating the judgment and order the dismissal of the indictment or in the alternative, order an evidentiary hearing and grant such and further relief as this Court may deem just and proper.

DATED: _MARCH 18_____, 2024

RESPECTFULLY SUBMITTED

_____

SWORN TO BEFORE ME THIS
_____ DAY OF _____, 2024

_____
    NOTARY PUBLIC

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )

                                 )    ss:

COUNTY OF *Kings*      )

_Ernest Turson_____, being duly sworn, deposes and says:

     I am the above-mentioned defendant/petitioner and I have served a copy of the following papers:

**Motion to Set Aside Illegal Sentence**

Upon the following party(ies):

_Office of The District Attorney_
_Kings County_
_350 Jay Street_
_Brooklyn New York 11201-2908_

_Supreme Court of Kings County_
_320 Jay Street_
_Brooklyn New York 11201-2908_

by placing the above in a post-paid envelope and depositing it in a United States Postal Service mailbox located at Green Haven Correctional Facility, Stormville, NY 12582 on the _18 th_ day of _March_____, 20_24_, as due and sufficient service.

_E. Turson_____

SWORN TO BEFORE ME THIS

_____ DAY OF _____, 2024

_____
     NOTARY PUBLIC

6



# UNIFORM SENTENCE & COMMITMENT

UCS 854(7/05)

HON: _P. LOTT_

STATE OF NEW YORK SUPREME COURT: COUNTY OF _KINGS_

COURT REPORTER: _E. NERI_

THE PEOPLE OF THE STATE OF NEW YORK
VS

Indictment/SCI No: _1703-2003_

_ERNEST IVERSON_

OAA0295

| | Indictment/SCI Charge(s): | Law/Sec. & Subdivision |
|---|---|---|
| 1 | _MUR 2°_ | _PL 125.25 (1)_ |
| 2 | _MUR 2°_ | _PL 125.25 (2)_ |
| 3 | _ASLT 1_ | _PL 120.10 (3)_ |

SEX _M_   DOB _10/28/79_   NYSID _8178600P_   Criminal Justice Tracking #   Date of offense: _9-7-02_

**THE ABOVE NAMED DEFENDANT HAVING BEEN CONVICTED OF AND SENTENCED FOR A (FELONY) (MISD) BY (PLEA) (VERDICT) FOR THE CRIME(S) OF:**

| | Crime | # Of Counts | Law/Section & Subdivision | Hate/ Terrorism | Min. Period | Max. Term | Definite/ Determinate | Post Rel. Superv. |
|---|---|---|---|---|---|---|---|---|
| 1. | _MUR 2°_ | _1_ | _PL 125.25 (1)_ | | _25 YRS_ | _LIFE_ | | |
| 2. | _ASLT 1°_ | _1_ | _PL 120.10 (3)_ | | | | _20 YRS_ | _5 YR+_ |
| 3. | _ASLT 1°_ | _2_ | _PL 120.10 (3)_ | | | | _8 YRS_ | _5 YRS_ |
| 4. | _CPW 2°_ | _1_ | _PL 265.03_ | | | | _10 YRS_ | _5 YRS_ |
| 5. | | | | | | | | |

____ Convicted as a Juvenile Offender    Age at time crime committed ____
____ Convicted as an armed felon
_✓_ The sentence(s) imposed herein shall run:
    Concurrently with: _CT3 ASLT 1° (2CTS) & CT4 CPW 2° CCURW/EACH OTHER AND CCUR W/CTS 1 & 2_
    Consecutively to: _CTS 1 MUR 2° & CT2 ASLT 1°  CSEC W/EACH OTHER_
____ Adjudicated a **YOUTHFUL OFFENDER**
____ Adjudicated in VIOLATION OF PROBATION
____ EXECUTE AS A SENTENCE OF PAROLE SUPERVISION (CPL 410.91)
____ Court certified the Defendant a Sex Offender (Cor. L 168-d)
_✓_ As a (second) (second drug) (second drug/prior vfo) (persistent) (violent) (second child sexual assault) felony offender

CONVICTION INCLUDES:
Weapon Type: _HAND GUN_
Drug Type: _____

Mandatory Surcharge (paid) (not paid)   $ _2+0._ —
Fine (paid) (not paid)   $_____
DNA Fee (paid) (not paid)   $_____
DWI/Other _____ (paid) (not paid)   $_____

Crime Victim Assistance Fee (paid) (n____
Restitution (paid) (not paid)
Sex Offender Registration Fee (paid) (n____
Supplemental Sex Off. Victim Fee (paid____

_Exhibits supporting My Motion_

**THE SAID DEFENDANT BE AND HEREBY IS COMMITTED TO THE CUSTODY OF THE:**
_✓_ NYS Department of Correctional Services (NYSDOCS) until released in accordance with the law, and be older **not presently in the custody of NYSDOCS** (the County Sheriff) (New York City Department of Correcti the custody of NYSDOCS as provided in 7 NYCRR Part 103.
____ NYSDOCS until released in accordance with the law, and being a person sixteen (16) years or older and NYSDOCS, said defendant shall remain in the custody of the NYSDOCS.
____ NYS Office of Children and Family Services in accordance with the law being a person less than sixteen was committed.
_____ County Jail (correctional facility)
**TO BE HELD UNTIL THE JUDGMENT OF THIS COURT IS SATISFIED.**

REMARKS: _____

____ Amended Commitment    Original Sentence Date _____    Order of Protection Attached  YES____  NO____

_1-3-06_   _NANCY T. SUNSHINE_   by: _____   _SCC_
Date    Clerk of the Court    Signature    Title

McKinney's Consolidated Laws of New York Annotated
  Civil Practice Law and Rules (Refs & Annos)
    Chapter Eight. Of the Consolidated Laws
      Article 45. Evidence (Refs & Annos)

McKinney's CPLR Rule **4541**

Rule 4541. Proof of proceedings before justice of the peace

Currentness

**(a) Of the state.** A transcript from the docket-book of a justice of the peace of the state, subscribed by him, and authenticated by a certificate signed by the clerk of the county in which the justice resides, with the county seal affixed, to the effect that the person subscribing the transcript is a justice of the peace of that county, is prima facie evidence of any matter stated in the transcript which is required by law to be entered by the justice in his docket-book.

**(b) Of another state.** A transcript from the docket-book of a justice of the peace of another state, of his minutes of the proceedings in a cause, of a judgment rendered by him, of an execution issued thereon or of the return of an execution, when subscribed by him, and authenticated as prescribed in this subdivision is prima facie evidence of his jurisdiction in the cause and of the matters shown by the transcript. The transcript shall be authenticated by a certificate of the justice to the effect that it is in all respects correct and that he had jurisdiction of the cause; and also by a certificate of the clerk or prothonotary of the county in which the justice resides, with his official seal affixed, to the effect that the person subscribing the certificate attached to the transcript is a justice of the peace of that county.

**Credits**
(Formerly § **4541**, L.1962, c. 308. Redesignated L.1962, c. 315, § 1.)

**Editors' Notes**

**HISTORICAL AND STATUTORY NOTES**

**Derivation**
C.P.A.1920, § 387; § 394 amended L.1941, c. 879.
C.C.P.1876, § 939; § 940 amended L.1877, c. 416; §§ 948-951.

**PRACTICE COMMENTARIES**

by Vincent C. Alexander

Whereas the provisions of CPLR 4540(a)-(c) prescribe methods of self-authentication for copies of public records in general, CPLR **4541** is confined to transcripts of proceedings before justices of the peace of New York (subdivision (a)) and of other states (subdivision (b)). (In New York, the title "justice of the peace" became "town justice" under § 103 of the Uniform Justice Court Act. See *People v. Fatsis*, 1999, 180 Misc.2d 172, 688 N.Y.S.2d 378 (N.Y.Just.Ct.)). CPLR **4541** provides for self-authentication of the transcripts and creates a hearsay exception for the contents of the transcripts.

As noted in Mr. Sklar's original Practice Commentary on this rule, the transcript from the docket book of a justice of the peace of another state, when certified as prescribed by subdivision (b), is prima facie evidence both of the justice's "jurisdiction in the cause" and of "the matters shown by the transcript." Under subdivision (a), on the other hand, the transcript from the docket book of a New York justice of the peace is not per se evidence of the justice's jurisdiction

(*Exhibit - B*)

Page 1

```
SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS : CRIMINAL TERM : PART 37
-----------------------------------------x
THE PEOPLE OF THE STATE OF NEW YORK
        -against-


ERNEST IVERSON,
                     DEFENDANT.
-----------------------------------------x
Indict. No. 1703/03          320 Jay Street
   SENTENCE                   Brooklyn, New York
                              January 3, 2006
```

B E F O R E :

HONORABLE PLUMMER E. LOTT,

Justice.

A P P E A R A N C E S :

OFFICE OF CHARLES J. HYNES, ESQ.
DISTRICT ATTORNEY - KINGS COUNTY
RENAISSANCE PLAZA
BROOKLYN, NEW YORK  11201
BY:  ROBERT WALSH, ESQ.

ITA PARNESS, ESQ.
For Defendant Phillips

LAWRENCE E. WRIGHT, ESQ.
For Defendant Iverson

*Exhibit of my sentencing
Minutes, And why I'm Being
Arraign as a predicate*

ELLEN DOHERTY NERI, C...
PRINCIPAL COURT REPORTER

EDN

da611b83-d66b-4a...

Sentence

1          THE CLERK:  This is five and six, Ernest Iverson

2    and Tarik Phillips.

3          Defendants on for sentence.

4          MR. WRIGHT:  Lawrence E. Wright, 32 Court Street.

5          MR. WALSH:  For the People, Robert Walsh.

6          Good afternoon.

7          MS. PARNESS:  Ita, I-T-A, P-A-R-N-E-S-S, 32 Court

8    Street, for defendant Phillips.

9          THE COURT:  I have read counsel's motions

10   addressing the sufficiency of the evidence.

11         I have the Court's decision upstairs.

12         Both sides can pick it up this afternoon.

13         Those motions, denied.

14         THE COURT:  Let's arraign them as predicates,

15   please.

16         THE CLERK:  Sure, both at the same time or one at

17   a time.

18         THE COURT:  Let's try to do them both at the same

19   time.

20         (Handing predicate felony statements).

21         THE COURT:  Neither he nor Mr. Phillips spoke to

22   Probation.

23         That doesn't preclude them from making a statement

24   here.  They were given an opportunity to speak to

25   probation and did not do so.

EDN

Sentence

Page 3

1    THE CLERK:  Mr. Phillips, you have been provided

2    with a statement by the District Attorney according to

3    Article 400 of the Criminal Procedure Law and 70 of the

4    Penal Law which states you have been convicted on a

5    prior felony; to wit, attempted robbery in the third

6    degree, on February 27, 2002 in Kings County under

7    3845/2001.

8        You may admit, deny or stand mute as to whether

9    you were the person convicted and sentenced on this

10    prior felony.

11        If you wish to controvert that statement on any

12    grounds, including a violation of your constitutional

13    rights, you must state the grounds and you will be

14    entitled to a hearing before this Court without a jury.

15    MR. WRIGHT:  Excuse me.  Can the cuffs be removed.

16    THE COURT:  I'm sorry.

17    Yes.

18    (Removing handcuffs.).

19    THE CLERK:  Mr. Phillips, have you received a copy

20    of the statement?

21    THE DEFENDANT:  Yes.

22    THE CLERK:  Have you discussed this matter with

23    your attorney?

24    THE DEFENDANT:  Not yet.

25    THE COURT:  Why don't you do so.

da611b83-d66b-4ab4-bdc6-df42eed49293

Sentence

1        Speak to him about the predicate statements.

2        Ms. Parness, you and your client may sit down,

3    please.

4        (Discussion with client, attorney Wright).

5        (Discussion with client, attorney Parness).

6        THE CLERK:  Mr. Phillips, have you discussed this

7    matter with your attorney?

8        THE DEFENDANT:  Yes, I did.

9        THE CLERK:  Do you admit you are the person

10   convicted and sentenced on that statement as recited in

11   the statement?

12       THE DEFENDANT:  Yes.

13       THE CLERK:  Do you wish to challenge that

14   statement on any Constitutional grounds?

15       THE DEFENDANT:  No.

16       THE COURT:  Adjudicated a predicate with respect

17   to the attempted robbery in the third degree.

18       THE CLERK:  Mr. Iverson, you have been provided

19   with a statement by the District Attorney.  According

20   to Article 400 of the Criminal Procedure Law and 70 of

21   the Penal Law, which states you have been convicted and

22   sentenced on a prior felony; to wit, attempted criminal

23   sale of a controlled substance in the third degree, a

24   Class C nonviolent felony on August 11, 2000, Kings

25   County under 5979/2000.

EDN

da611b83-d66b-4ab4-bdc6-df42eed49293

Sentence

1     You may admit, deny or stand mute as to whether

2     you were the person convicted and sentenced on that

3     felony as recited in the statement.

4         If you wish to controvert that statement on any

5     grounds, including a violation of your constitutional

6     rights, you must state the grounds, and you will be

7     entitled to a hearing before this Court without a jury.

8         Have you received a copy of the statement?

9     THE DEFENDANT: Yes.

10    THE CLERK: Have you discussed this matter with

11    your attorney?

12    THE DEFENDANT: Yes.

13    THE CLERK: Do you admit you were the person

14    convicted and sentenced on that felony?

15    THE DEFENDANT: Yes.

16    THE CLERK:  Do you wish to challenge the

17    constitutionality of that conviction?

18    THE DEFENDANT:  No.

19    THE COURT:  Adjudicated.

20    THE CLERK:  Is there any imposed at this time?

21    MS. PARNESS:  No.

22    THE CLERK:  Is Ms. Parness your attorney?

23    THE DEFENDANT:  Yes.

24    THE CLERK:  Before sentence is pronounced, you are

5     advised that you, your attorney, and the Assistant

da611b83-d66b-4ab4-bdc6-df42eed49293



**STATE OF NEW YORK**
**UNIFIED COURT SYSTEM**
**SECOND JUDICIAL DISTRICT, SUPREME COURT**
320 JAY STREET
BROOKLYN, NEW YORK 11201

Date: 04/03/24

ERNEST IVERSON
GREEN HAVEN CORRECTIONAL FACILITY
P.O. BOX 4000
STORMVILLE, N.Y. 12589
DIN: 06A0295

Re: ___ERNEST IVERSON___

Indictment: ___1703-2003___

Motion: ___TO SET ASIDE SENTENCE 440.20___

☐ Your motion has been placed on the Miscellaneous Motion Calendar for _____

☑ Your motion has been referred to Justice ___RODRIGUEZ PART 12 FOR 5-15-2024___

☐ Your MOTION was _____

Other: _____     MR. RoDriguez is NEVER

_____     Answering questions At

_____     Issue Also Not Giving

_____     Daniels That Goes against

_____     the New 440. Rules of the

                            Court

Criminal Term
Motion Department



**STATE OF NEW YORK**
**UNIFIED COURT SYSTEM**
**SECOND JUDICIAL DISTRICT, SUPREME COURT**
320 JAY STREET
BROOKLYN, NEW YORK 11201

Date: 03/25/24

ERNEST IVERSON
DIN:06A0295
GREENHAVEN CORRECTION FACILITY
594 RT. 216 PO BOX 4000
STORMVILLE, NEW YORK 12582

Re: ___ERNEST IVERSON___

Indictment: ___1703-2003___

Motion: ___TO SET ASIDE SENTENCE 440.20___

☐ Your motion has been placed on the Miscellaneous Motion Calendar for _____

☐ Your motion has been referred to Justice _____

☑ Your motion was DENIED _____ by Justice

Other: _____

_____

_____

_____

_____

Criminal Term
Motion Department



## SUPREME COURT OF THE STATE OF NEW YORK
## COUNTY OF KINGS
## CRIMINAL TERM CLERK'S OFFICE
## 320 JAY STREET
## BROOKLYN, NEW YORK 11201

### NOTICE OF RIGHT TO APPEAL FOR A CERTIFICATE
### GRANTING LEAVE TO APPEAL

To: **ERNEST IVERSON**                    Date: 3-25-2024

Indictment No: 1703-2003

Your motion **pursuant to article 440 of the Criminal Procedure Law** was denied by

Justice **RODRIGUEZ**

Your right to an appeal from the order determining your motion is not automatic except in the single instance where the motion was made under CPL 440.30 (1 -a) for forensic DNA testing of evidence. For all other motions under article 440, you must apply to a Justice of the Appellate Division for a certificate granting leave to appeal. This application must be filed within 30 days after your being served by the District Attorney or the court with the court order denying your motion.

The application must contain your name and address, indictment number, the questions of law or fact which YOU believe ought to be reviewed and a statement that no prior application for such certificate has been made. You must include a copy of the court order and a copy of any opinion of the court. In addition, you must serve a copy of your application on the District Attorney.

APPELLATE DIVISION, 2 nd Department
45 Monroe Place
Brooklyn, NY 11201

KINGS COUNTY SUPREME COURT
Criminal Appeals
320 Jay Street
Brooklyn, NY 11201

KINGS COUNTY DISTRICT ATTORNEY
Appeals Bureau
350 Jay Street
Brooklyn, NY 11201

Mot. 9-3-2009



**STATE OF NEW YORK**
**UNIFIED COURT SYSTEM**
**SECOND JUDICIAL DISTRICT, SUPREME COURT**
320 JAY STREET
BROOKLYN, NEW YORK 11201

Date: 11/20/23

ERNEST IVERSON
DIN: 06A0295
GREEN HAVEN CORRECTIONAL FACILITY
P.O. BOX 4000
STORMVILLE, NY 12582

Re: ERNEST IVERSON

Indictment: _____

Motion: 440.20 MOTION

☐ Your motion has been placed on the Miscellaneous Motion Calendar for _____

☐ Your motion has been referred to Justice _____

☑ Your motion was DENIED _____ by Justice _____

Other: PLEASE SEE ATTACHED _____

_____

_____

_____

_____

_____

Criminal Term
Motion Department

McKinney's penal law 70.00



## SUPREME COURT OF THE STATE OF NEW YORK
## COUNTY OF KINGS
## CRIMINAL TERM CLERK'S OFFICE
## 320 JAY STREET
## BROOKLYN, NEW YORK 11201

### NOTICE OF RIGHT TO APPEAL FOR A CERTIFICATE
### GRANTING LEAVE TO APPEAL

To: **ERNEST IVERSON**

Date: 11-20-2023

Indictment No: 1703-2003

Your motion **pursuant to article 440 of the Criminal Procedure Law** was denied by

Justice RODRIGUEZ

Your right to an appeal from the order determining your motion is not automatic except in the single instance where the motion was made under CPL 440.30 (1 -a) for forensic DNA testing of evidence. For all other motions under article 440, you must apply to a Justice of the Appellate Division for a certificate granting leave to appeal. This application must be filed within 30 days after your being served by the District Attorney or the court with the court order denying your motion.

The application must contain your name and address, indictment number, the questions of law or fact which YOU believe ought to be reviewed and a statement that no prior application for such certificate has been made. You must include a copy of the court order and a copy of any opinion of the court. In addition, you must serve a copy of your application on the District Attorney.

APPELLATE DIVISION, 2 nd Department
45 Monroe Place
Brooklyn, NY 11201

KINGS COUNTY SUPREME COURT
Criminal Appeals
320 Jay Street
Brooklyn, NY 11201

KINGS COUNTY DISTRICT ATTORNEY
Appeals Bureau
350 Jay Street
Brooklyn, NY 11201

Mot. 9-3-2009